**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**LUIS FERNANDO CABRERA-CHAVATTIA,**

   *Petitioner*,

v.                                                              Case No. 5:26-CV-3040-JKP

**ROSE THOMPSON, et al.,**

   *Respondents*.

## FINAL JUDGMENT

As set forth in the Court's Order issued on this date, Petitioner's amended petition for writ of habeas corpus is **GRANTED**.  Accordingly,

1. **On or before May 22, 2026**, Respondents shall **RELEASE** Petitioner Luis Fernando Cabrera-Chavattia from custody to a public location under conditions no more restrictive than those in place before the detention at issue.

2. Respondents must **NOTIFY** Petitioner's counsel of the exact location and exact time of release as soon as practicable and no less than two hours before release.

3. Any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**.

4. **No later than the next business day after the ordered release date**, Respondents shall **FILE** a status report to confirm whether Petitioner has been released. If counsel for Petitioner disagrees with any aspect of the filed Status Report, counsel may file a separate Status Report.

The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED this 20th day of May 2026.**

_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**